No. 10625. STATE OF MONTANA ex rel. UNITED STATES FIDELITY AND GUARANTY COMPANY, a corporation, RELATOR, v. HONORABLE L. C. GULBRANDSON, District Judge of the Seventh Judicial District of the State of Montana, in and for the County of Wibaux, and LORETTA NISTLER, as Administratrix of the Estate of Edward P. Nistler, RESPONDENTS.

385 P.2d 278.

Decided August 20, 1963.

PER CURIAM.

Petition for issuance of writ of certiorari or other suitable writ.

The writ is denied and the proceeding is dismissed.